# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SYED A.,

                          Plaintiff,                     25 **CIVIL** 2051 (GS)

      -v-                                          <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2026, Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's determination is AFFIRMED.

**Dated:** New York, New York

        March 31, 2026

                                      **TAMMI M. HELLWIG**

                                      _____

                                         **Clerk of Court**

            **BY:**

                                      _____

                                         **Deputy Clerk**